IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVAL G. HUNTER,

    Petitioner,               No. CIV S-07-2792 MCE DAD P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the California Department of Corrections and Rehabilitation ("CDCR") as respondent in this action. The CDCR is not the proper respondent in this action. The proper respondent in the usual habeas action is the warden of the institution where the petitioner is currently incarcerated. Accordingly, the instant petition must be dismissed with leave to amend. See Stanley, 21 F.3d at 360.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hunt2792.122

2