IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANVAL G. HUNTER,** | CIV S-07-2792 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Respondents. | |

Respondents have requested a five-day nunc pro tunc extension of time to file a response to Petitioner's federal application. GOOD CAUSE APPEARING, Respondents' extension of time is granted nunc pro tunc, and Respondents' February 26, 2008 response to petitioner's federal application is deemed timely.

DATED: February 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hunt2792.111