IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVAL G. HUNTER,

    Petitioner,                 No. CIV S-07-2792 MCE DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,

    Respondents.            <u>ORDER</u>

_____/

         Petitioner has requested an extension of time to file an opposition to the respondents' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Petitioner's March 20, 2008 application for an extension of time is granted; and

         2. Petitioner is granted thirty days from the date of this order in which to file an opposition to the respondents' motion to dismiss.

DATED: March 26, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
hunt2792.111opp