IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER, | No. 2:07-cv-02792-MCE-DAD P |
| Petitioner, | |
| vs. | ORDER |
| MATTHEW KRAMER, Warden, | |
| Respondent. | |
| _____/ | |

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this case on July 2, 2008, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit.  Before the court is petitioner's request to proceed in forma pauperis on appeal.  The court file reflects that petitioner paid the filing fee for this action.

    Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court which:

/////

///

1    ///

2              (A) shows in the detail prescribed by Form 4 of the Appendix of
Forms the party's inability to pay or to give security for fees and
3              costs;

4              (B) claims an entitlement to redress; and

5              (C) states the issues that the party intends to present on appeal.

6 Fed. R. App. P. 24(a)(2).  Petitioner's application to proceed in forma pauperis demonstrates his

7 inability to pay or to give security for fees and costs.  In his July 18, 2008 request for a certificate

8 of appealability, petitioner claimed entitlement to redress and described the issues he intended to

9 present on appeal.  Petitioner has complied with the requirements of Fed. R. App. P. 24(a).

10 Accordingly, his request to proceed in forma pauperis on appeal will be granted.

11     In accordance with the above, IT IS HEREBY ORDERED that petitioner's September 5,

12 2008, request to proceed in forma pauperis on appeal is granted.

13  Dated:  September 26, 2008

14

15                                   MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE